"be=liveing" "Human being's" the "living soul's", Can Do **"No" "Harms"** to any and all = eall

or "for any and all = eall free" "be = liveing" "Human being's" and "Human kind" and/or the

united states, by being, "I am", the "human race", the living soul's", With **"Absolute"**

and **"Total" "Immunity"** and/or **"Immunities"**, and "under "My", the public laws only", "u ;

"M" ; t ; p ; l ; o" ; "amended" ; Done by, Estate Digntrary = Members = Society by the Sojourner

and/or Soilas and/or 'one', by the be=liveing soul's, Human being's, and with "Divine

Rights" By "Only" "Thy", "S = A = "O" = T = G", Is "Thee" "Witness" To "All = Eall"

"Human being's" and "Human kind" and/or the united states, by being, "I am", the "human

race". . .

"I. Am", 'one', by the "be=liveing Human being's" and "living soul", manifest in "living

flesh", do now bear witness with "My" eyes and attest by "My" hand and Sealed by this

notice of free will writing by "I, Am", Augusta ; Christine : by and under "the

House=Hossein's": Done By "Only" "Thy", "Attributes", and With "Divine Rights" By "Only"

"Thy", and by the "be=liveing", "Human being's", "living soul's", "Will Stand" on all=eall "Divine

Rights", By "Only" "Thy", and by the "be=liveing", "Human being's" and "Human kind" and/or

the united states, by being, "I, Am", the "human race", "living soul's" by "all = eall True

Discretion", By "Only" "Thy", "Sovereign All = Eall Mæhtig Or Mihtig "One" True God",

"S = A = "O" = T = G", On "Thy", Year, "It Is" "Unknown". AND **"IT IS"**, IN AND **"UNDER"**

**"YOURS** OR **THEIRS"** , **"FICTITIOUS" "CONCEPTS** AND **CONSTRUCTS"** . OF THE **"SOLAR**

**CALENDAR", OF GREGORIAN CALENDAR** AND **"DATES" : "IT IS"** KNOWN AS, THE

**YEAR OF TWO THOUSAND** AND **EIGHTEEN A . D .** AND **OF THE MONTH OF** , **APRIL**

AND **OF THE , FIFTH DAY** , [ 04 - 05 - 2018 ] .        Or in the , Luna calender it is ,

on the , Seventh

BEFORE THE PUBLIC RECORDS, [313 - 234 - 5005]; and/or Also known As, Docket Entry Numbers One [ DEN 1 ]; on [02 - 23 - 2015; 15 - 50289]: and by the "Evidences" by "My", "constitution", and by "My", "Notice of Intent" and "Fees Schedule": "Transgressions Fees" and "Payment Policies" With "Evidences" OF "YOURS OR THEIRS", "Transgressions" and "Harms".

AND BY THE "Evidences" AND "IT IS", "DECLAERED" AND "STATED" "ABOVE" AND "It Is", "My", "Orders", AND BY ANY AND "ALL" OF "YOUR(S)", "FICTITIOUS CORPORATION(S)", THAT HAVE BEEN "DECLARED" AND "ARE", "THE TRANSGRESSOR(S)", ALSO KNOWN AS, "THE DEFENDANT(S)", AND "CONSPIRATOR(S)" AND/OR "CO-CONSPIRATOR(S)" AND ANY AND "ALL", "THIRD PARTY'S OR PARTIES DEFENDANT(S)", AND ANY AND "ALL", "OTHERS"; BY YOURS DATES ; [ 08 - 08 - 2017 ]; AND CASE NUMBERS AND LETTERS, [ 2 : 17 - mc - 51086 ]; AND DOEN BY THE DECLARED DEFENDANTS, UPON ANY AND "ALL", OF AND "UNDER" THE "FOREIGN STATES" WITH FOREIGN "ZIP" CODES AND/OR "FICTITIOUS CORPORATIONS" AND "FICTITIOUS CREATED ENTITIES", AND ANY AND "ALL" OF "YOURS OR THEIRS", "TERRITORIES" ARE, "FICTITIOUS FOREIGN JURISDICTIONS", AND ANY AND "ALL" ARE IN "DEFAULT", AND WILL BE "OVER", "Eight Times", AND WILL BE "OVER", TWO HUNDRED AND FORTY DAYS [ 240 ], "IT IS", "ONE HUNDRED TRILLION TIMES", TOTAL VALUE FOR "COMEUPPANCE", AND "HAVE BEEN", "FORFAITURE" AND "FORFAIRE" OR "FORFEITED", UPON ANY AND "ALL" OF "THEIRS", "HAERES", "PROPERTISE" AND "ESTATES", and by "My", "FORFEITS NUMBERS", AND "DISHONORED IN COMMERCE": AND FOR, "All" "Harms and Transgressions Fees", and "Payments" and on "All" "Invoices" Is Due, To Be Paid in Troy Ounces of

And "Witness" "Over" Any and All = Eall , under 'one' , "for any and all=eall free" "be-liveing" "Human being's" , "living soul's" , by the "sovereign states" , and by the "be=ing states" , and "Human kind" and/or the "human race" , and "under "My" , the public laws only" , and "Only" "Thy" or 'one' , "for any and all=eall free" "be=liveing" "Human being's" , "living soul's" , by the "sovereign states" , and by the "be=ing states" , and/or the united states , by being , "I am", the "human race" , can have "Cession" and/or "Succession" and/or to "Succesed" , "over" any and all=eall "Hæres" , "properties" , and "estates" , "I , Am" , Augusta : Christine : 'one' , by the "Slaves" To "Only" "Thy" , "Under" "Thy" , and with "Divine Rights" By "Only" "Thy" ,"S = A = "O" = T = G", and  "I , Am" , Augusta : Christine :  'one' , by the "Vicegerent" and/or "deputies vicegerents" , "now" and "forever" under them , On "Thy" , "World" Or "Earth" To "Any" and "All = Eall" "Thy" , "Properties" , "Estates" ; "I , Am" , Augusta : Christine : 'one' , by the "public postmasters" and "under "My" , the public laws only" , by the "public laws addresses" , "only", "EXECUTED WITHOUT" , "YOURS OR THEIRS" , "FICTITIOUS ADDRESSES" AND BY THE "Evidences" "It Is" , "My", "Orders" , AND BY <u>ANY</u> AND "<u>ALL</u>" OF "<u>YOUR(S)</u>" , "FICTITIOUS CORPORATION(S)" , "THAT HAVE BEEN DECLARED" AND "ARE" , AND "THE TRANSGRESSOR(S)" , ALSO KNOWN AS, "THE DEFENDANT(S)" , AND "CONSPIRATOR(S)" AND/OR "CO-CONSPIRATOR(S)" AND <u>ANY</u> AND "<u>ALL</u>" , THIRD PARTY'S OR PARTIES DEFENDANT(S) AND <u>ANY</u> AND "<u>ALL</u>" , "OTHERS" AND <u>ANY</u> AND "<u>ALL</u>" , AT , OR IN , OR UNDER , "<u>YOURS</u>" OR "<u>THEIRS</u>" , "THE FOREIGN STATE(S)" LIKE "THE UNITED NATIONS" AND/OR "UNITED NATIONS" , AND THE "UNITED STATES OF AMERICA" INC . , AND THE "UNITED STATE DISTRICT OF COLUMBIA" INC . , IN THE ("CITY STATE") ,

Values" for any and all=eall "Transgressions Fees" , AND **ANY** AND **"ALL"** **"WILL BE HELD ACCOUNTABLE"** , And "Will Be" , **"DISHONORED IN COMMERCE"** : And "Will Be" , **"FORFAITURE"** AND **"FORFAIRE"** OR **"FORFEIT"** , UPON ANY AND **"ALL"** , OF **"YOUR(S) or THEIR(S)"** , **"HAERES"** , **"PROPERTIES"** AND **"ESTATES"** , And "Will Be" , **"EVICTED"** , FROM **"ANY"** AND **"ALL"** , PLACE(S) **"DOING BUSSINESS"** **"AS"** , OR **"AT"** , OR **"IN"** , OR **"UPON"** , OR **"ON"** , And "Will Be" , **"FORECLOSED ON"** , And "Will Be" , **"EXCOMMUNICATED"** **"FOREVER"** , **"UPON"** , **"ANY"** AND **"ALL"** ,  and Will Stand As "Evidences" , "Before" and "Now" and "Forever" .

Done By "Only" "Under" "Thy" , "Attributes" , And By "Only" "Thy" , and Any and All Are "Thy" , "**s**laves" To "Only" "Thy" , "Under" "Thy" , and With "Divine Rights" By "Only" "Thy" , And "Thy" , Is "Thee" , "Sovereign All = Eall Mæhtig Or Mihtig "One" True God", "S = A = "O" = T = G", and by the "be=liveing", "Human being's" , "living soul's" , "Will Stand" on any/all=eall "Divine Rights", to Amend and/or Change this "Declaration" and any/all=eall listed above, on the "Beginning" by "My", "be=liveing" Life, in the "be=ing state", and on the "Last" by "liveing" , or "Before" and "Now" and "Forever", from any/all=eall, mistake or forgotten information and misinterpretation to any and all=eall stated herein by "My", "Order" and/or "Orders" and/or "Ordered" and/or "O _ r _ d _ e _ r" or "O_r_d_e_r_ s" or And and/or by "My" , "It Is", "O _ r _ d _ e _ r _ e _ d" , letters and numbers: on any and all=eall stated before will stand as "Evidences", and by "My", "Declarations" and "Admission Statements"

"Transgressions Fees" : Also known As , Docket Entry Numbers One , [ DEN 1 ] ; on [ 02 - 23 - 2015 ; 15 - 50289 ]: AND TO <u>ANY</u> AND **"ALL"**, DONE BY **"THE TRANSGRESSOR(S)"** , ALSO KNOWN AS , **"THE DEFENDANT(S)"** , "Will Be Charged" and "It Is" , on "My" "constitution" , s. /p. Failure to Provide to the "Executor's" with the , **"Internal Revenue Service"** , **"IRS"** forms like , <u>ANY</u> AND **"ALL"** , 1099'(S) , **OID** , **A** , **B** , **C** , and **"All Other(s)"** forms to be Complete and/or Correct on Any/All , On **IRS** forms Requested , and Any/All will have **Fifteen [15] days** , and **Before the day** it is **Declared** and **Ordered** ; And/Or "Will Be Charged" for any and all=eall "Other Charges" and **"Transgressions"** and **"Harms"** , **G/S100000.00•** : One hundred thousand dollars , in "Equal Value" and/or "For Value" and/or "Intrinsic Value" of Troy Ounces of Silver Coins of point, nine nine nine nine, [.9999] pure Silver **(Ag)** and/or In Troy Ounces of Gold **(Au)** Coins of point, nine nine nine nine, [.9999] pure Gold is lawful money will "Satisfy" all=eall "Transgression Fees" and "Fees Schedule" and "Payment Policies" : per time, per day, after Ordering the Discharges ; And done on , any and all = eall "be=liveing" , "Human being's" and "Human kind" and/or the "human race" , "Hæres" , "properties" , and/or "estates" , "Will Be" **"Discharged"** and "I , Am" , Augusta ; Christine : "Ordering" "My" , "Discharges" ;

And "Let It" "Now" , **"Be Known"** and **"Evident"** , To Any and All that is under and by "the House=Hossein's": **"I"** , **"Do Not"**, **Give Up** "My" **"Authority or Authorities"** and/or **"I"** , **"Do Not"**, **Consent"** and **"I"** , **"Do"**, **"Divest"** and **"Descent"** , FROM <u>ANY</u> AND **"ALL"** , **"MENTIONED"** OR **"NOT MENTIONED"** , on this and Any and All = Eall,

"Comes  Now" ,  by  the  **Quorum**  the  "sovereign  states"  and  "public  vessels" ,  and  **by**  and  "under "My" ,  the public laws only" , "u : "M" : t : p ; l ; o" ; "amended" ;  by the 'one' , "for  any and all = eall free" , "be = liveing" "Human being's" , "living soul's" , by the "sovereign states" ,  and by the "be=ing states" , and/or the  united  states ,  by  being , **"I  am"** , the "human  race" ,  on and/or near the place called , the united states of America on the continent and/or land mass,  "Soilas" = "S" , also known as, the place called , North America ; the united states of America in-rem:  by the "be = liveing" "Human being's" , "living soul's" , all = eall will  be  present  to  pass  the  "laws" , and  by and  "under "My" ,  the public laws only" , "u : "M" : t : p : l : o" ; "amended" ; by  "Declarations" and by "Actions"  to  create , and to any and all = eall done before by "Actions" and  created , "Summary judgment" ,  and  "Final judgment" ,  "Case numbers": and  by  the  "Evidences"  by  "My" ,  "constitution" ,  and  by  "My" ,  "Notice of  Intent"  and  "Fees Schedule" : "Transgressions  Fees"  and  "Payment Policies"  and any and all=eall to "My" ,  "Invoice with letters and numbers": and  "Indictments" and making  the  judgment  or  judgments , "O _ r _ d _ e _ r"  or  "O_r_d_e_r_ s"  or  And  Now  See  by  "My" , "It  Is", "O _ r _ d _ e _ r _ e _ d" , letters and  numbers: and/or with  Additional  Amendments  and  "Order"  and/or  "Orders"  and/or "Ordered" ,  and "Now" "Motions" ,  only  to  give  **"Notices"** of **"Trangressions  and  Harms"** , To  **The  Foreign  Courts  To  Take  Actions** , by any/all=eall stated before will stand as "Evidences",  and to Return any and all=eall, "Mail  Fraud" and  to  Create , "Fees Schedules": "Transgressions  Fees": and  "Payment Policies" , and/or  conduct business In  "commerce" and by any and all=eall  Stated  Before  and  Upon  the  public records , and  See  the united states of America in-rem:

**"MUNICIPALITIES"**, and See the united states of America in-rem: "sovereign states" "court" ; case number one [1] ; And any/all-eall Also known As , Docket Entry Numbers Four [ DEN 4 ] ; on [ 04 - 07 - 2016 ; 15 - 50877 ] : and Orders : Eighty and one , [ 81 ] pages two sided and by the "Evidences" , One hundred and fourteen , [114] pages . And by the "Evidences", **Declaration of Trust Record numbers** , and "It Is", before and on the public record on , [ **11 - 14 - 2016 [ DEN 5 ] ; 15 - 50877** ] : the united states of America in-rem: and/or the united states , by being , "I am" , the "human race" , "sovereign states" , "court" ; case number two [2] : and Orders : And **Now** See by "My" , "It Is", "O _ r _ d _ e _ r _ e _ d" , letters and numbers: **tusoA i-r: "t H-H": 26668Law; 09 - 01 - 2016 ; b M I I O 01:** Seventy [70] or more pages ; And Now See by "My", "It Is", "O _ r _ d _ e _ r _ e _ d" , letters and numbers: tuso A i-r: **"t H=H": 26668Law; 09 - 01 - 2016 ; b M I I O 01:** Eighty and two [82] pages , **"FORFAITURE" AND "FORFAIRE" OR "FORFEITED"** , On "Any" and "All" ; And tusoA i-r: "t H=H": **26668Law; 08 - 30 - 2016 ; b M I I O 01:** Twenty and five [25] pages , <u>**"DISHONORED IN COMMERCE"**</u> , Upon "Any" and "All" ; AND "UPON" <u>ANY</u> AND **"ALL"** **"ARE"** , "Guilty" by the "Evidences" , AND <u>ANY</u> AND **"ALL"** **HAVE BEEN "DECLARED"** , AND <u>ANY</u> AND **"ALL"** **"ARE"** , "PSYCHOPATH(S)" , AND <u>ANY</u> AND **"ALL"** **"ARE"** A **"CONTINUING CRIMINAL ENTERPRISES"** AND **"ALL"** **"ARE"** , **"FICTITIOUS ENTITIES"** AND/OR **"FICTITIOUS CORPORATION(S)"** AND/OR **DONE BY** , <u>ANY</u> AND **"ALL"** **"ACTOR(S)"** **"ARE"** , **"FICTITIOUS CREATED ENTITIES"** AND/OR **DONE BY** , <u>ANY</u> AND **"ALL"** **"ACTOR(S)" OF THE "FICTITIOUS GOVERNMENT(S)"** AND/OR **TO** <u>ANY</u> AND **"ALL"** **"OTHER(S)" THEREOF "LISTED"** AND/OR **"NOT LISTED" "ABOVE OR BELOW"** , AND **DONE BY** , **"PSYCHOLOGICAL WARFARE" ON THE MIND** , **BODY** AND SOUL .

"Human being's" and "Human kind" and/or the "human race" , AND **"IT IS"**, **"PUNISHABLE BY DEATH"**. And for any and all=eall "be=liveing" , "Human being's" and "Human kind" and/or the "human race" , "I" , "Do Not", Give Up "My" "Authority or Authorities" and/or "I" , "Do Not", Consent" and "I" , "Do", "Divest" and "Descent" , FROM <u>ANY</u> ND **"<u>ALL</u>"**. OF AND **"<u>UNDER</u>"** **"<u>YOURS</u> OR <u>THEIRS</u>"**, **"FICTITIOUS CONCEPTS"** AND **"CONSTRUCKS"** , AND <u>ANY</u> AND **"<u>ALL</u>"** **"ARE"** **"OPERATING"** **"<u>UNDER</u>"** THE **COLORS OF "<u>YOURS</u> OR <u>THEIRS</u>" "LAWS"** BY **"<u>YOURS</u> OR <u>THEIRS</u>"**, **"Rules"** , **"Codes"** , **"Regulations"** , **"Statutes"** , **"Ordinances"** , of The **Michigan Compiled Laws, MCL'S** , The **City's** and/or **State's** of Any and **"<u>All</u>"** and/or Under **The State of Michigan** or **Michigan State "<u>ALL</u>"** ARE THE **"FOREIGN STATES"** , **UNITED STATES OF AMERICA** OR **U.S.A.** AND **UNITED STATES** OR **U.S.** AND/OR **"Costoms"** or **"Usages"** , BY **"<u>YOURS</u> OR <u>THEIRS</u>"**, **"Rights"** and **"Benefits Privileges"**. AND DONE BY **"<u>YOURS</u> OR <u>THEIRS</u>"**, **"<u>LAWS</u>"**. LIKE **"ACTS OF COMMERCE"** AND/OR **"PRIVATE ACTS"** AND/OR **"PRIVATE "<u>LAWS</u>"** , DONE BY AND UNDER **"<u>YOURS</u> OR <u>THEIRS</u>"**, **"PIRACY"** AND **"PRIVATEERING"** AND DONE BY **"ACTIONS"** AND THE **"ACTS OF WAR(S)"** AND/OR BY **"ACTS OF ECONOMIC WARFARE"** AND/OR **"FINANCIAL WAR(S)"** , AND BY THE **"Evidences"** , OF AND UNDER **"<u>YOURS</u> OR <u>THEIRS</u>"**, **"THE UNITED STATES OF AMERICA"** AND/OR THE **"UNITED STATES"** OR **U.S.** **"CONSTITUTION"** , **"ARTICLE ONE , [1] , SECTION EIGHT , [8]"**, BY DECLARING **"WAR(S)"** , AND BY **"GRANT LETTERS OF MARQUE"** AND **"REPRISAL"** , AND MAKING **"RULES"** CONCERNING CAPTURES ON **"LAND"** AND **"WATER"** ;

And "Let It" , "Now" , "Be Known" and "Evident" , "Before" and "Now" and "Forever" by any and all=eall "be=liveing" , "Human being's" and "Human kind" and/or the "human race" , "I" , "Do Not", Give Up "My" "Authority or Authorities" and/or "I" , "Do Not",

"living soul", manifest . And known as "MAN" or "Man" or "man" , Estates Haeres , and Dignitary , who acknowledges all that is the complete "Will and Testament of the Estate named" , or know as , **Augusta Christine Bowles** or **Broadus** , and by "Any" and "**All**" Derivatives Thereof listed above , as Special Deposit ,

*Augusta Christine Broadus* Created , birthed , or delivered on the month

of , **Feburary** , Third day and Nineteen hundred and Sixty and five year , through the hand or water by "My" human being , born mother or her person - now come before , and appoint Jihad : Ali : "governor" and "judge" and "treasurer" ; to the Office of Executor , to act , should the need ever arise , within the commercial realm , for all=eall intents and purposes , and with Full and Complete Auhority , regarding the Estates named , or also known as , **Augusta Christine Bowles** or **Broadus** , and any and all Derivatives Thereof listed above .

"I , Am" , Augusta : Christine :

And "Let It" , "Now" , "Be Known" and "Evident" , to all concerned persons and Men and Women **worldwide** , through this **Evidence** and notice that the embossed seal created , exclusively for "the House=Hossein's": **emanating from the Office of Executor** = will be considered as the "Only" Valid Authorization for any and all commercial or legal action(s) regarding the said **Estates Above** .

And "Let It" , "Now" , "Be Known" and "Evident" , "Before" and "Now" and "Forever" by any

is , Bowles : or was Broadus : "I , Am" , Augusta ; Christine : "be=liveing", be made appeare to "be=liveing" ; or to have beene **"liveing "** , on the "all=eall True" "Beginning" by "My" , "be=liveing" and on the "Last" by "liveing" , or "Before" and "Now" and "Forever" , "I , Am" , Augusta ; Christine : "the be=liveing Human being" . "I , Am" , Augusta ; Christine : the law to "My" "land" or "lands" or "Soilas" . **"I , Am"**, **"NOT DEAD" AT "SEE" OR SEA** , AND/OR "I , Am" , **"NOT" "LOST OR FOUND"** AND/OR **"NOT" DAMAGED OR INEED OF REPAIR** . And **"Any"** and **"All"** by the "be=liveing" and "living soul's" "Human being's" and "Human kind" and/or the "human race" , are the **Hæres** to "Any" and "All" of their's "properties" and "estates" ; **BY THE EVIDENCES OF "YOURS" THE** , **Cestui Que Vie Act 1666** , **Articles I - IV** . "I , Am" , Augusta ; Christine : by public the postmasters and by for the public addresses and for the "be=liveing" , "for all=eall free" "Human being's" and "Human kind" and/or the united states , by being , "I , am" , the "human race" and/or by the "sovereign states", by the "be=ing states" , and by the united states of America in-rem:

And before by the **"Evidences"** , **NOW DONE UPON** , **IN RE : AUGUST CHRISTINE** ; Six pages [ 6 ] ; Four ; Five ; Two thousand and eighteen : [ 04 - 05 - 2018 ] ; Cace Numbers and Letters , Two : Eighteen ; mc ; Five ; Zero ; Five ; Four ; Six ; A; K; A; [ 2 : 18 - mc - 50546 ] : And **See** pages by the **"Evidences"** , Nineteen pages [ 19 ] . And **"Motion"** : Six pages [ 6 ] .

"Let It" "Now" , "Be Known" and "Evident" , **TO <u>ANY</u> AND "ALL"** concerned

"I" , "Do Not", Give "My" , "Authority or Authorities" and/or "I" , "Do Not", Consent" To "Any" and "All", of the Use or Usages , "Now and Forever" of "My" , "Proper Names" , "I , Am" , Augusta ; Christine :  and/or "Trade Names" or "Trademarks" ;

And/or "On" "Any" and "All", of "My" , DOING BUSINESS AS, D;B;A; NAME(S) AND/OR

ALSO KNOWN AS, A;K;A; NAME(S) : And on "Any" and "All" , DERIVATIVES AND/OR COMBINATIONS AND/OR ANY AND "ALL" OR USAGES OR SEQUENCES , OR ARRANGEMENT OF ANY AND "ALL", ORDERS , AND/OR  USAGE WITH THE , FRIST NAME AND/OR MIDDLE NAME AND/OR LAST NAME , AND/OR COMBINATIONS AND/OR USAGE OF OR WITHOUT , FRIST NAME ; AND/OR MIDDLE NAME ; AND/OR LAST NAME ;  AND/OR ABBREVIATIONS OF FIRST LETTER OF THE , FRIST NAME AND/OR MIDDLE NAME AND/OR LAST NAME ;  And if "Any" and "All" of the Names are ,

WRITTEN IN CAPITAL LETTERS OR UPPER CASE and/or non-capital letters and/or lower case , and/or WRITTEN AS AN , Improper Nouns ; AND "ON" ANY AND "ALL" DERIVATIVES WITH OR WITHOUT . PERIODS AND COMMAS , COLON AND SEMI - COLON , FORWARD SLASHES AND BACKSLASHES , ARROWS , HYPHEN , DASH OR PARENTHESES THAT ARE LISTED OR NOT LISTED THEREOF , AND/OR ANY AND "ALL" D;B;A; NAME(S) AND/OR NAAM(S) AND/OR A;K;A; NAME(S) AND/OR NAAM(S) For :

AUGUSTA CHRISTINE BOWLES OR BROADUS AND Augusta Christine Bowles or Broadus , and/or Any and "All" Derivatives Thereof listed above : And "Now" On Any and All of The Declared Transgressors and/or The Defendants, for Additional "Charges" "It Is", Thirty million dollars ; G/S30000000.00 ; per time , per day ; For and Done By , "It Is", "public records Frauds" .  And Will Be "Charged" , by the "Executor" , and "It Is", "Human" = "TRAFFICKING" , AND "IT IS", DONE BY , "TREASONABLE" , "ACTS" AND "ACTIONS" AND "IT IS", "PUNISHABLE BY DEATH" AND/OR "CAPITAL

SPACE ABOVE THIS LINE IS FOR "**ALL**" "COURTS", "**FEDERAL(S)**", "**STATE(S)**", "**COUNTY(S)**", "**CITY(S)**", "**DISTRICT(S)**", AND WILL BE ON AND BEFORE "**ALL**", "**PUBLIC RECORDS**", as "Evidences" ; OR FOR RECORDER'S USE ONLY .

Done By "Only" "Thy", "Attributes", And "Only" "Under" "Thy", And Is "Thy", "Thee", "All = Eall Omnipotent", "All = Eall Omniscient", "All = Eall Seer", "All = Eall Audire", And By "Thy", "All = Eall Halig", "Sovereign All = Eall Mæhtig Or Mihtig "One" True God", "S = A = "O" = T = G" ; "Amended" ; "It Is", "My", Created , "Declaration" and "Admission Statement" and "Acknowledgement" to all=eall "Statements" Herein , "It Is", the "Truth", the "all=eall Truths", prepared ; by "Any" and "All" under "the House=Hossein's": the "sovereign states" and "public vessels", and by and "under "My", the public laws only", "u : "M" : t : p : l ; o" : "amended"; as "Evidences" by : "I , Am", Jihad ; Ali : "governor" and "judge" and "treasurer" ;

Declaration prepared by and under "the House=Hossein's" :
"It Is", "O r d e r e d", "It", "Will Be Upon" and "Before" the "public records" by :
And Will Be Return to : "See public law address below" ; "I , Am", Augusta ; Christine :

# " Notice of Appointment to the Office of Executor , for the Estate Named or Known as " :

**AUGUSTA CHRISTINE BOWLES** and/or  **AUGUSTA C . BOWLES** and/or

**AUGUSTA BOWLES** and/or   **Augusta Christine Bowles** and/or

**Augusta C . Bowles** and/or   **Augusta Bowles** and/or

**AUGUSTA CHRISTINE BOWLES - BROADUS** and/or

"RETURN TO SENDER" , IT IS MAIL FRAUDS , "NOTICE To AGENT" is NOTICE To PRIN

NOTICED To PRINCIPAL is NOTICE To AGENT" . "Take public laws Notice and Actions" , "Bef

"Now" and "Forever" , "It Is" , "O_r_d_e_r_e_d" , by the "Executors" , Proper Names , Done on "I

Jihad ; Ali : or on "I , Am" , Robert ; James || : or on "I , Am" , Ahmed ; Ali : or on "I , Am"

Hussein ; Mohamed : or on "I , Am" , Ali ; Ahmad : And "Any" and "All" "Executors" , Proper Na

not listed , BY THE "Evidences" , for "All" "Transgressions" and "Harms" , AT THE UNITED STA

EASTERN DISTRICT COURT , DETROIT , MICHIGAN , 48226 , 313-234-5005 ; THE PUBLIC RECO

NUMBERS AND DATE ; and/or Also known As , Docket Entry Numbers One | DEN 1 | ; on 02-23-20

50289 ; And by "My" , "Notice of Intent" and "Fees Schedule" : "Transgressions Fees" and "Paym

IN THE AMOUNT OF , "Twenty Million Dollars" , G/S20000000.00 ; In "Equal Value" and/or "For

"Intrinsic Value" and "In Gold Troy Ounces, Gold (Au) Coins of .9999 pure Gold" and "Will Be" Before and On

Records as "Evidences" , And | DEN 4 | ; on 05-07-2015 ; 15 - 50662 : And | DEN 3 | ; on 06-22-2015

5087 : And | DEN 4 | ; 04-07 & 11-14 & 12-22- 2016 and Others 01-14-2017 ; 15 - 5087 : The 1 R

Like , "ALL" 1099(S) FORMS ; W-9 ; 1096 ; DIV ; CAP ; OID : A : B : C ; AND TO BE CORRECTED

COMPLETED ON ANY AND "ALL" FOR THE TOTAL(S) TO BE DISCHARGE(S) ON "ALL" THE F

ACCOUNT(S) , DONE BY THIS "FICTITIOUS CORPORATION" WILL HAVE NO LATER THEN ,

(15) DAYS , AFTER THE DATE LISTED BELOW AND/OR WILL BE OR "Charged" "under the publi

DONE ON AND BY "YOURS" , FICTITIOUS CONCEPTS LIKE "YOURS" SOLAR CALENDAR, "IT

AS ; 09 - 18 - 2017 .

Back ; For BILL SCHUETTE .

**BILL SCHUETTE**
ATTORNEY GENERAL
Cadillac Place
3030 West Grand Boulevard
Detroit, Michigan 48202

481273379 0076

Jihad Ali Hossein
26666632 Lawrence
Dearborn Heights, MI 48127



U S POSTAGE
ZIP 48202
02  1W
0001395597



STATE OF MICHIGAN
**DEPARTMENT OF STATE**
LANSING

AUGUSTA CHRISTINE BOWLES-BROADUS
2230 E VERNOR HWY APT 2
DETROIT MI  48207

| | |
|---|---|
| LICENSE NO: | B-421-074-115-091 |
| BIRTHDATE: | 02/03/1965 |
| VIOLATION DATE: | 02/13/2018 |
| HEARING DATE: | |
| COURT FILE NO: | SP8087612 |

VIOLATION:   NO INSURANCE UNDER THE INSURANCE CODE

### FAILURE TO ANSWER CITATION OR COMPLY WITH COURT JUDGMENT
### ORDER OF SUSPENSION

Suspended indefinitely effective:     ★06/01/2018★

The court listed below has notified the Department of State of your failure to answer a citation or to comply with a court judgment. It is ordered that your Michigan operator or chauffeur license and (ORV/Snowmobile operating privileges) be suspended and remain suspended until all matters related to the violation are resolved. You are required to surrender your Michigan operator or chauffeur license immediately. Please mail Michigan license to: Michigan Department of State, Lansing MI 48918

Nonresidents are prohibited from driving in Michigan during this suspension.

This action complies with MCL 257.321 and MCL 257.321a. It will remain in effect until we receive a clearance (Form DS1-62 or BDVR-127) from the court listed below. The court may require you to appear or pay fines and costs. A $45.00 reinstatement fee is required.

To restore your driving privileges, contact the court listed below:

36TH DISTRICT COURT
421 MADISON AVE
DETROIT MI  48226
)313  965-8700

### PLEASE MAKE PAYMENT TO THE COURT

A person whose operator or chauffeur license has been suspended under MCL 257.321a because that person has failed to answer a citation or comply with a court judgment, and who drives a motor vehicle upon a highway, may be punished by imprisonment for not more than 93 days, or a fine of not more than $500.00, or both, pursuant to MCL 257.904. Convictions for driving during a suspension may result in confiscation of vehicle license plate, immobilization, registration denial, or possible vehicle forfeiture.

**I certify that I am eighteen years of age or older and that on this date notice of the original order of suspension/hold was given to the person above by first-class United States mail at Lansing, Michigan as provided in section 212 of the Michigan Vehicle Code (MCL 257.212)**

Date:    05/31/2018                              Officer or Employee:    M. Deh

"IT IS", "MAIL FRAUDS", BY THE EVIDENCES, AND
"UNDER YOURS OR THEIRS" PAR LAWS, UNITED
STATES CODES TITLE 18 PART I CHAPTER 63
SUBSECTION, 1341, FRAUDS AND SWINDLES; 1342,
"FICTITIOUS NAME OR ADDRES"; AND SUB SECTION,
875, INTERSTATE COMMUNICATION, (A), (B), (C), (D);
And "Will Be" Before and On the Public Record Dates and/or
Also known As, Docket Entry Numbers [ DEN-   ]; On,
[   -   - 2018 ]; And "For public records Frauds",
And by "My", "Notice of Intent" and "Fees Schedule":
"Transgressions Fees" and "Payment Policies", "It Is",
Thirty million dollars", G/S30000000.00, per time, per
letters; letters number [      ]; AND NOW BY THE
EVIDENCES, CASE NUMBERS AND LETTERS, 2:18-
mc - 50546; 04 - 05 - 2018;



Secretary of State
**Ruth Johnson**

PO Box 30753
Lansing  MI  48909-8253

LANSING MI 488 06/06/18 ✳✳✳

PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE
PAID
LANSING, MI
PERMIT NO. 1200

AUGUSTA CHRISTINE BOWLES-BROADUS
2230 E VERNOR HWY APT 2
DETROIT MI  48207

ETE-SP1 48207

"FINAL", public laws, "NOTICE", OF "YOURS
OR THEIRS, U.S. CODES TITLE 18, SUB
SECTION, 1692, "FOREIGN" MAIL AS THE
"UNITED STATES MAIL"; AND ANY AND "ALL"
HAVE BEEN "DECLARED" BEFORE, THE
"TRANSGRESSORS", ALSO KNOWN AS, THE
"DEFENDANTS", AND/OR "CONSPIRATORS" AND/OR
"CO - CONSPIRATORS", AND "CONTINUAL
CRIMINAL ENTERPRISE" (CCE), AND "FELONS"

"FINAL NOTICE", TO "AGENTS" IS
"NOTICE" TO "PRINCIPALS" AND
"NOTICED" TO "PRINCIPALS" IS
"NOTICED" TO "AGENTS": AND
DONE BY THE FOREIGN U.S. MAILS,
"IT IS", "NOW", "Human" "TRAFFICKING"
AND "PAPER TERROISIM", AND "IT IS",
"PUNISHABLE BY DEATH" AND/OR
"CAPITAL PUNISHMENT", AND "ALL" ARE



PERSONAL &
CONFIDENTIAL

"IT IS", "MAIL FRAUDS", BY THE EVIDENCES , AND "UNDER YOURS OR THEIRS" PAR LAWS , UNITED STATES CODES TITLE 18 PART 1 CHAPTER 63 SUBSECTION , 1341 , FRAUDS AND SWINDLES ; 1342 , "FICTITIOUS NAME OR ADDRES" ; AND SUB SECTION , 875 , INTERSTATE COMMUNICATION , (A),(B),(C),(D) ; And "Will Be" Before and On the Public Record Dates and/or Also known As , Docket Entry Numbers | DEN -   | ; On , |  -  - 2018 | ; And "For  public  records  Frauds" ,

And by "My" , "Notice of  Intent" and  "Fees Schedule" :

"Transgressions Fees"  and  "Payment Policies" , "It Is" ,

Thirty million dollars" ,  G/S30000000.00 , per time , per

letters ; letters number |     | ; AND NOW BY THE

EVIDENCES , CASE NUMBERS AND LETTERS , 2 : 18 -

mc - 50546 ; 04 - 05 - 2018 ;

7550 CORPORATE WAY
EDEN PRAIRIE , MN 55344

**Offer Recipient:**
Augusta Broadus
2230 E Vernor Hwy Apt 2
Detroit, MI 48207-5154

**"FINAL** **NOTICE"** , TO **"AGENTS"** IS
**"NOTICE"** TO **"PRINCIPALS"** AND
**"NOTICED"** TO **"PRINCIPALS"** IS
**"NOTICED"** TO **"AGENTS"** : AND
DONE BY THE FOREIGN U . S . MAILS ,

**"FINAL"** ,  public laws ,  **"NOTICE"** , OF **"YOURS**
OR **THEIRS** , U . S . CODES TITLE 18 , SUB
SECTION, 1692 , **"FOREIGN"** MAIL AS THE
**"UNITED** **STATES** **MAIL"** ; AND ANY AND **"ALL"**
HAVE BEEN **"DECLARED"** BEFORE ,  THE

PRESORTED
STANDARD
U.S. POSTAGE
**PAID**
DALLAS, TX
PERMIT NO. 3432

**$0**

Application Fee
Late Fee
Annual Fee

See inside for details

"IT IS", "MAIL FRAUDS", BY THE EVIDENCES , AND "UNDER YOURS OR THEIRS" PAR LAWS, UNITED STATES CODES TITLE 18 PART I CHAPTER 63 SUBSECTION , 1341 , FRAUDS AND SWINDLES : 1342, "FICTITIOUS NAME OR ADDRES" ; AND SUB SECTION , 875 , INTERSTATE COMMUNICATION , (A), (B), (C), (D) ; And "Will Be" Before and On the Public Record Dates and/or Also known As , Docket Entry Numbers | DEN -   | ; On , [   -   - 2018 | ; And "For public  records  Frauds" ,

And by "My" , "Notice of Intent" and "Fees Schedule" :

"Transgressions Fees" and "Payment Policies" , "It Is" ,

Thirty million dollars" G/$30000000.00 , per time , per letters ; letters number |     | ; AND NOW BY THE EVIDENCES , CASE NUMBERS AND LETTERS , 2 : 18 - mc - 50546 ; 04 - 05 - 2018 ;

**Elastic | REPUBLIC BANK**
Member FDIC
4030 Smith Road, Cincinnati, OH 45209

Pre-selected offer for:

Augusta C Broadus
2230 E Vernor Hwy Apt 2
Detroit MI 48207-5154

**"FINAL NOTICE"** , TO **"AGENTS"** IS **NOTICE"** TO **"PRINCIPALS"** AND **NOTICED"** TO **"PRINCIPALS"** IS **NOTICED"** TO **"AGENTS"** : AND ONE BY THE FOREIGN U . S . MAILS ,

**"FINAL"** , public laws , **"NOTICE"** , OF "YOURS OR THEIRS , U . S . CODES TITLE 18 , SUB SECTION , 1692 , "FOREIGN" MAIL AS THE "UNITED STATES MAIL" ; AND ANY AND "ALL"

PRESORT
FIRST-CLASS MAIL
U.S. POSTAGE
PAID
UNITEDHEALTH GROUP

Important plan information
Información importante del plan

"IT IS", "MAIL FRAUDS", BY THE EVIDENCES, , AND "UNDER YOURS OR THEIRS" PAR LAWS, UNITED STATES CODES TITLE 18 PART 1 CHAPTER 63 SUBSECTION, , 1341, FRAUDS AND SWINDLES ; 1342, "FICTITIOUS NAME OR ADDRES" ; AND SUB SECTION, 875, INTERSTATE COMMUNICATION, (A), (B), (C), (D) ; And "Will Be" Before and On the Public Record Dates and/or Also known As , Docket Entry Numbers | DEN - |; On , | - - 2018 |; And "For public records Frauds" ,

And by "My", "Notice of Intent" and "Fees Schedule" ;

"Transgressions Fees" and "Payment Policies", "It Is",

Thirty million dollars" , G/$30000000.00 , per time , per

letters ; letters number | |; AND NOW BY THE

EVIDENCES, CASE NUMBERS AND LETTERS, 2 : 18 -

mc - 50546 ; 04 - 05 - 2018 ;

AARP MedicareRx Plans
insured through UnitedHealthcare

Hot Springs, AR 71903-3367

**Action Required**

129PARTD_BILLINGINCOLOR600040084010401

AUGUSTA BROADUS
2230 E VERNOR HWY APT 2
DETROIT MI 48207-5154

'FINAL NOTICE", , TO "AGENTS" IS 'NOTICE" TO "PRINCIPALS" AND "NOTICED" TO "PRINCIPALS" IS "NOTICED" TO "AGENTS" : AND DONE BY THE FOREIGN U . S . MAILS , "Human" "TRAFFICKING"

"FINAL", public laws , "NOTICE", OF "YOURS OR THEIRS , U . S . CODES TITLE 18 , SUB SECTION, 1692 , "FOREIGN" MAIL AS THE "UNITED STATES MAIL" ; AND ANY AND "ALL" HAVE BEEN "DECLARED" BEFORE , THE "TRANSGRESSORS" , ALSO KNOWN AS, THE



PRESORTED
STANDARD
US POSTAGE
PAID
PERMIT # 4066

**freshstart**
debt free, stress free

"IT IS", "MAIL FRAUDS", BY THE EVIDENCES , AND "UNDER YOURS OR THEIRS" PAR LAWS , UNITED STATES CODES TITLE 18 PART I CHAPTER 63 SUBSECTION , 1341, FRAUDS AND SWINDLES ; 1342, "FICTITIOUS NAME OR ADDRES" ; AND SUB SECTION , 875, INTERSTATE COMMUNICATION , (A), (B), (C), (D) ; And "Will Be" Before and On the Public Record Dates and/or Also known As , Docket Entry Numbers [ DEN -   ] ; On , [   -   - 2018 ] ; And "For public records Frauds" ,

And by "My" , "Notice of Intent" and "Fees Schedule" ; "Transgressions Fees" and "Payment Policies" , "It Is" , Thirty million dollars" , G/S30000000.00 , per time , per letters ; letters number [      ] ; AND NOW BY THE EVIDENCES , CASE NUMBERS AND LETTERS , 2 : 18 - mc - 50546 ; 04 - 05 - 2018 ;

# BE OUT OF DEBT IN AS LITTLE AS 24 MONTHS*

**You're pre-qualified***

23907 **********AUTO**ALL FOR AADC 481   P 4  T 54
AUGUSTA BROADUS
2230 E VERNOR HWY APT 2
DETROIT, MI 48207-5154

# ONE LOW PAYMENT / FAST RESULTS / FINANCIAL FRESH START

"**FINAL** **NOTICE**" , TO "**AGENTS**" IS "**NOTICE**" TO "**PRINCIPALS**" AND "**NOTICED**" TO "**PRINCIPALS**" IS "**NOTICED**" TO "**AGENTS**" : AND DONE BY THE FOREIGN U . S . MAILS ,

"**FINAL**" , public laws , "**NOTICE**" , OF "YOURS OR THEIRS , U . S . CODES TITLE 18 , SUB SECTION , 1692 , "**FOREIGN**" **MAIL** **AS** **THE** "**UNITED STATES MAIL**" ; AND ANY AND "**ALL**" HAVE BEEN "DECLARED" BEFORE , THE

PRESORTED
STANDARD MAIL
U.S. POSTAGE PAID
CAPITAL ONE

"IT IS", "MAIL FRAUDS", BY THE EVIDENCES, AND "UNDER YOURS OR THEIRS" PAR LAWS, UNITED STATES CODES TITLE 18 PART 1 CHAPTER 63 SUBSECTION, 1341, FRAUDS AND SWINDLES: 1342, "FICTITIOUS NAME OR ADDRES"; AND SUB SECTION, 875, INTERSTATE COMMUNICATION, (A), (B), (C), (D); And "Will Be" Before and On the Public Record Dates and/or Also known As, Docket Entry Numbers | DEN - 1; On, | - - 2018 |; And "For public records Frauds",

And by "My", "Notice of Intent" and "Fees Schedule":

"Transgressions Fees" and "Payment Policies", "It Is",

Thirty million dollars", G/$3000000000.00, per time, per

letters ; letters number | |; AND NOW BY THE

EVIDENCES, CASE NUMBERS AND LETTERS, 2 : 18 -

mc - 50546 ; 04 - 05 - 2018 ;

PO Box 259907
Plano, TX 75025-9907

**YOU'VE BEEN PRE-APPROVED for Auto Financing**

590727466990103798PˡBˡ
Augusta C. Broadus
Apt. 2
2230 E Vernor Hwy.
Detroit, MI 48207-5154

CapitalOne

"**FINAL**", public laws, "**NOTICE**", OF "YOURS OR THEIRS, U.S. CODES TITLE 18, SUB SECTION, 1692, "FOREIGN" MAIL AS THE "UNITED STATES MAIL"; AND ANY AND "ALL" HAVE BEEN "DECLARED" BEFORE, THE

"**FINAL NOTICE**", TO "**AGENTS**" IS "**NOTICE**" TO "**PRINCIPALS**" AND "**NOTICED**" TO "**PRINCIPALS**" IS "NOTICED" TO "AGENTS"; AND



Presorted
First Class Mail
U S POSTAGE
**PAID**
Sacramento Ca
PERMIT #1265

Special Instructions:

**2018 MI**

Tracking No: 4b7b-78ll-2ll4

Document No: 1b230

Urgency: HIGH

Fulfillment Center
Sacramento, CA
920090

MAIL RECIPIENT CODE 9533-D11120015-06

---

PERSONAL & CONFIDENTIAL INFORMA

21*5*5690*********ALL FOR AADC 481
Augusta Broadus   65030
2230 E Vernor Hwy Apt 2
Detroit, MI 48207-5154

---

"IT IS", "MAIL FRAUDS", BY THE EVIDENCES, AND "UNDER YOURS OR THEIRS" PAR LAWS, UNITED STATES CODES TITLE 18 PART 1 CHAPTER 63 SUBSECTION, 1341, FRAUDS AND SWINDLES; 1342, "FICTITIOUS NAME OR ADDRES"; AND SUB SECTION, 875, INTERSTATE COMMUNICATION, (A), (B), (C), (D); And "Will Be" Before and On the Public Record Dates and/or Also known As, Docket Entry Numbers | DEN -  |; On, | -  - 2018 |; And "For public records Frauds",

And by "My", "Notice of Intent" and "Fees Schedule":

"Transgressions Fees" and "Payment Policies", "It Is",

Thirty million dollars", G/$3000000000.00 , per time , per letters ; letters number |   |; AND NOW BY THE EVIDENCES, CASE NUMBERS AND LETTERS, 2 : 18 - mc - 50546; 04 - 05 - 2018 ;

---

**'FINAL NOTICE'** , TO **"AGENTS"** IS **'NOTICE'** TO **"PRINCIPALS"** AND **'NOTICED'** TO **"PRINCIPALS"** IS

**"FINAL"**, public laws , **"NOTICE"** , OF **"YOURS** OR THEIRS , U . S . CODES TITLE 18 , SUB SECTION , 1692 , **"FOREIGN" MAIL AS THE** "UNITED STATES MAIL" ; AND ANY AND **"ALL"** HAVE BEEN "DECLARED" BEFORE , THE

*Personally Prepared For You:*

Augusta Bowles
2230 E Vernor Hwy Apt 2
Detroit, MI  48207-5154

>>> **RUSH DELIVERY** >>>

☑ Your signature is requested inside

☑ Please respond within: | 10 DAYS |

"IT IS", "MAIL FRAUDS", BY THE EVIDENCES, AND "UNDER YOURS OR THEIRS" PAR LAWS, UNITED STATES CODES TITLE 18 PART 1 CHAPTER 63 SUBSECTION, 1341, FRAUDS AND SWINDLES; 1342, "FICTITIOUS NAME OR ADDRES"; AND SUB SECTION, 875, INTERSTATE COMMUNICATION, (A), (B), (C), (D); And "Will Be" Before and On the Public Record Dates and/or Also known As, Docket Entry Numbers | DEN-   |; On, |   - 2018 |; And "For public records Frauds",

And by "My", "Notice of Intent" and "Fees Schedule";

"Transgressions Fees" and "Payment Policies", "It Is", Thirty million dollars", G/\$30000000.00 , per time , per letters ; letters number |   |; AND NOW BY THE EVIDENCES, CASE NUMBERS AND LETTERS , 2 : 18 - mc - 50546 ; 04 - 05 - 2018 ;

"**FINAL**", public laws , "**NOTICE**", OF "YOURS OR THEIRS , U . S . CODES TITLE 18 , SUB

PRSRT STD
U.S. POSTAGE
PAID
ONEMAIN

"IT IS", "MAIL FRAUDS", BY THE EVIDENCES, AND "UNDER YOURS OR THEIRS" PAR LAWS, UNITED STATES CODES TITLE 18 PART I CHAPTER 63 SUBSECTION, 1341, FRAUDS AND SWINDLES, 1342, 875, INTERSTATE COMMUNICATION, (A), (B), (C), (D); And "Will Be" Before and On the Public Record Dates and/or Also known As, Docket Entry Numbers | DEN - 1; On, | - - 2018 |; And "For public records Frauds",

And by "My", "Notice of Intent" and "Fees Schedule" :

"Transgressions Fees" and "Payment Policies", "It Is",

Thirty million dollars", G/$30000000.00, per time, per letters ; letters number | |; AND NOW BY THE EVIDENCES, CASE NUMBERS AND LETTERS, 2 : 18 - mc - 50546 ; 04 - 05 - 2018 ;

**OneMain** Financial.

DMEX201805-NCPQDX12-O-MI-22800018-A
Augusta Broadus
2230 E. Vernor Hwy.
Apt. 2
Detroit MI 48207-5154

000370

"**FINAL** **NOTICE**" , TO "**AGENTS**" IS "**NOTICE**" TO "**PRINCIPALS**" AND "**NOTICED**" TO "**PRINCIPALS**" IS "NOTICED" TO "AGENTS" AND

"**FINAL**" , public laws , "**NOTICE**" , OF "YOURS OR THEIRS , U . S . CODES TITLE 18 , SUB SECTION, 1692 , "**FOREIGN**" MAIL **AS THE** "**UNITED STATES MAIL**" ; AND ANY AND "ALL"

-IT IS", "MAIL FR
"UNDER YOURS
STATES CODES T
SUBSECTION, 134
"FICTITIOUS NAM
875, INTERSTATE
And "Will Be" Bef
Also known As, Do
[ - - 2018 ] ;
And by "My", "No
"Transgressions Fe
Thirty million dol
letters ; letters nu
EVIDENCES, CAS
mc - 50546 ; 04 -

Augusta Broadus
2230 E. Vernor Hwy., Apt. 2
Detroit, MI 48207-5154

0006573

CreditOne BANK
P.O. BOX 98878
LAS VEGAS, NV 89193-8878

To remove contents, fold here and tear along perforation

"**FINAL**", public laws, "**NOTICE**", OF "YOURS OR THEIRS, U.S. CODES TITLE 18, SUB SECTION, 1692, "FOREIGN" MAIL AS THE "UNITED STATES MAIL"; AND ANY AND "ALL" HAVE BEEN "DECLARED" BEFORE, THE "TRANSGRESSORS", ALSO KNOWN AS, THE "DEFENDANTS", AND/OR "CONSPIRATORS" AND/OR "CO - CONSPIRATORS", AND "CONTINUAL CRIMINAL ENTERPRISE" (CCE), AND "FELONS" AND "PSYCHOPATHS", AND "DEMONIC BEINGS", AND "NOW', "BUNCH OF RETARDED PEOPLES"; AND SEE BY THE EVIDENCES, CASE [ 2 : 17 - mc - 51086 ; 08 - 08 - 2017 ] ; [42] PAGES TWO SIDED, WITH [25] PAGES, BY THE EVIDENCES OF "YOURS OR THEIRS", "TRANSGRESSIONS AND HARMS";

"FINAL NOTICE", TO "AGENTS" IS "NOTICE" TO "PRINCIPALS" AND "NOTICED" TO "PRINCIPALS" IS "NOTICED" TO "AGENTS": AND DONE BY THE FOREIGN U.S. MAILS, "IT IS", "NOW", "Human" "TRAFFICKING" AND "PAPER TERROISIM", AND "IT IS", "PUNISHABLE BY DEATH" AND/OR "CAPITAL PUNISHMENT". AND "ALL" ARE IN "DEFAULT", AND "DISHONORED IN COMMERCE":

Distribution Processing Center
P.O. Box 689
Marietta, GA 30061-0689

SECOND NOTICE

Important Document Enclosed

||·||·|||·||·||·||·||·|||||·|||||·|||·||·||·||·|||·||·||·|||·
1182 P1 ···········AUTO··ALL FOR AADC 481 NA02312_NA02619   52043
AUGUSTA BROADUS
2230 E VERNOR HWY APT 2
DETROIT MI 48207-5154

"FINAL", public laws, "NOTICE", OF "YOURS"
OR THEIRS, U.S. CODES TITLE 18, SUB
SECTION, 1692, "FOREIGN" MAIL AS THE
"UNITED STATES MAIL", AND ANY AND "ALL"
HAVE BEEN "DECLARED" BEFORE, THE
"TRANSGRESSORS", AND/OR "CONSPIRATORS" AND/OR
"DEFENDANTS", AND/OR "CONSPIRATORS", ALSO KNOWN AS, THE
"CO-CONSPIRATORS", AND "CONTINUAL
CRIMINAL ENTERPRISE" (CCE), AND "FELONS"
AND "PSYCHOPATHS", AND "DEMONIC BEINGS",
AND "NOW", "BUNCH OF RETARDED PEOPLES",
AND SEE BY THE EVIDENCES, CASE [2:17-mc-
51086; 08-08-2017]; [42] PAGES TWO SIDED,
WITH [25] PAGES, BY THE EVIDENCES OF
"YOURS OR THEIRS", "TRANSGRESSIONS AND
HARMS";

"FINAL NOTICE", TO "AGENTS" IS
"NOTICE" TO "PRINCIPALS" AND
"NOTICED" TO "PRINCIPALS" IS
"NOTICED" TO "AGENTS"; AND
DONE BY THE FOREIGN U.S. MAILS,
"IT IS", "NOW", "Human" "TRAFFICKING",
AND "PAPER TERRORISIM", AND "IT IS",
"PUNISHABLE BY DEATH", AND/OR
"CAPITAL PUNISHMENT", AND "ALL", IS
IN "DEFAULT", AND "DISHONORED"
IN COMMERCE";

"IT IS", "MAIL FRAUDS",
"UNDER YOURS OR THEIRS
STATES CODES TITLE 18
SUBSECTION, 1341, FRA
"FICTITIOUS NAME OR A
875, INTERSTATE COMM
And "Will Be" Before and C
Also known As, Docket Entr
[    -    2018 ]; And "Fo
And by "My", "Notice of I
"Transgressions Fees" and
Thirty million dollars", C
letters; letters number [
EVIDENCES, CASE NUMI
mc-50546; 04-05-20



FOR CUSTOMERS OF

## FiNGERHUT.

INSURANCE BENEFITS PROVIDED BY

Federal Insurance Company

0536

Augusta Broadus
2230 E Vernor Hwy Apt 2
Detroit, MI 48207-5154

# IMPORTANT DOCUMENTS ENCLOSED

"IT IS", "**MAIL FRAUDS**", BY THE EVIDENCES, AND "UNDER YOURS OR THEIRS" PAR LAWS, UNITED STATES CODES TITLE 18 PART I CHAPTER 63 SUBSECTION, 1341, **FRAUDS** AND **SWINDLES**, 1342, "**FICTITIOUS NAME** OR **ADDRES**"; AND **SUB SECTION**, 875, **INTERSTATE COMMUNICATION**, (A), (B), (C), (D); And "**Will Be**" Before and On the Public Record Dates and/or Also known As, Docket Entry Numbers | DEN – 1; On, | - - 2018 |; And "For public records Frauds" ;

And by "My", "Notice of Intent" and "Fees Schedule" :

"Transgressions Fees" and "Payment Policies", "It Is",

Thirty million dollars", G/S30000000.00, per time, per

letters ; letters number | 1; AND NOW BY THE EVIDENCES, CASE NUMBERS AND LETTERS, 2 : 18 – mc – 50546; 04 – 05 – 2018 ;

## Marcus:
### BY GOLDMAN SACHS®

PO Box 45405, Salt Lake City, UT 84145-0405

002801

Augusta Broadus
2230 E Vernor Hwy Apt 2
Detroit MI 48207-5154

Use your invitation code to see your loan options online.

ELECTRONIC SERVICE REQUESTED

PRST STD
U.S. POSTAGE
PAID
Marcus

"IT IS", "MAIL FRAUDS", BY THE EVIDENCES, AND
"UNDER YOURS OR THEIRS" PAR LAWS, UNITED
STATES CODES TITLE 18 PART I CHAPTER 63
SUBSECTION, 1341, FRAUDS AND SWINDLES; 1342,
"FICTITIOUS NAME OR ADDRES"; AND SUB SECTION,
875, INTERSTATE COMMUNICATION, (A), (B), (C), (D);
And "Will Be" Before and On the Public Record Dates and/or
Also known As, Docket Entry Numbers | DEN- |: On,
| - - 2018 |; And "For public records Frauds";

And by "My", "Notice of Intent" and "Fees Schedule":

"Transgressions Fees" and "Payment Policies", "It Is",

Thirty million dollars", G/$30000000.00, per time, per

letters ; letters number | |; AND NOW BY THE

EVIDENCES, CASE NUMBERS AND LETTERS, 2 : 18 -

mc - 50546; 04 - 05 - 2018;

NPOE618-CR

"**FINAL**", public laws , "**NOTICE**", OF "YOURS
OR THEIRS , U.S. CODES TITLE 18, SUB

"FINAL NOT...
"NOTICE" TO...
"NOTICED" 1...
"NOTICED" 1...
"NOTICED" 1...
DONE BY THE...
"IT IS', "NOV...
AND "PAPER...
"PUNISHABL...
"CAPITAL P...
IN "DEFAULT"...
IN COMMER...

Approved, SCAO                                              Original - Court     Copy - Defendant

| **STATE OF MICHIGAN**<br>**36TH DISTRICT COURT** | **14 DAY NOTICE**<br>**Traffic/Misdemeanor** | **COURT PHONE NO.**<br>**(313) 965-8700** |
| --- | --- | --- |

**TO THE DEFENDANT:**

1. You have failed to appear or respond to the violation cited on the other side of this card or you have failed to comply with an order or judgment of the court, including payment of fine, costs, or assessments.
2. You have 14 days from the date of this notice to appear in Court or to comply with the order or judgment of the Court.
3. A warrant for your arrest has been issued.
4. You MUST appear personally in court at the address shown on the other side of this card immediately.
5. If you require a foreign language interpreter to help you fully participate in court proceedings, please contact Joyce Thomas, the Language Access Coordinator at (313) 965-6654.

**Traffic Violation Only: Failure to respond to this notice will result in the suspension of your driving privileges and/or a warrant for your arrest until this matter has been resolved. A warrant fee, will also be added to your judgment.**

> **YOU MUST PASS THROUGH METAL DETECTORS WHEN ENTERING THE COURT BUILDING, NO CELL PHONES OR WRITING UTENSILS ARE ALLOWED!**

ALL ASSESSED FINES, COSTS, AND OTHER FINANCIAL OBLIGATIONS ARE DUE IN FULL AT YOUR HEARING. (MCR 1.110)

\*DATE OF NOTICE                              x LaWanda Crosby
_____                   _____
Date                                              DEPUTY CLERK

14 DAY NOTICE,Traffic /Misdemeanor           FORM NO. 36DC-216 CA (12/17)

----

"IT IS", "MAIL FRAUDS", BY THE EVIDENCES, AND "UNDER YOURS OR THEIRS" PAR LAWS, UNITED STATES CODES TITLE 18 PART 1 CHAPTER 63 SUBSECTION, 1341, FRAUDS AND SWINDLES; 1342, "FICTITIOUS NAME OR ADDRES"; AND SUB SECTION, 875, INTERSTATE COMMUNICATION, (A), (B), (C), (D); And "Will Be" Before and On the Public Record Dates and/or Also known As, Docket Entry Numbers | DEN -  |; On, [  -  - 2018 |; And "For public records Frauds",

And by "My", "Notice of Intent" and "Fees Schedule":

"Transgressions Fees" and "Payment Policies", "It Is",

Thirty million dollars", G/S30000000.00, per time, per letters: letters number |  |; AND NOW BY THE EVIDENCES, CASE NUMBERS AND LETTERS, 2 : 18 - mc - 50546; 04 - 05 - 2018;

----

"FINAL", public laws, "NOTICE", OF "YOURS OR THEIRS, U.S. CODES TITLE 18, SUB SECTION, 1692, "FOREIGN" MAIL AS THE "UNITED STATES MAIL"; AND ANY AND "ALL" HAVE BEEN "DECLARED" BEFORE, THE "TRANSGRESSORS", ALSO KNOWN AS, THE "DEFENDANTS", AND/OR "CONSPIRATORS" AND/OR "CO - CONSPIRATORS", AND "CONTINUAL CRIMINAL ENTERPRISE" (CCE), AND "FELONS" AND "PSYCHOPATHS", AND "DEMONIC BEINGS", AND "NOW', "BUNCH OF RETARDED PEOPLES"; AND SEE BY THE EVIDENCES, CASE |2:17 - mc

"FINAL NOTICE", TO "AGENTS" IS "NOTICE" TO "PRINCIPALS" AND "NOTICED" TO "PRINCIPALS" IS "NOTICED" TO "AGENTS": AND DONE BY THE FOREIGN U.S. MAILS, "IT IS", "NOW", "Human" "TRAFFICKING" AND "PAPER TERROISIM", AND "IT IS", "PUNISHABLE BY DEATH" AND/OR "CAPITAL PUNISHMENT". AND "ALL" ARE IN "DEFAULT", AND "DISHONORED IN COMMERCE":

# 36TH DISTRICT COURT
421 MADISON
DETROIT, MICHIGAN  48226

PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE PAID
DETROIT, MI
PERMIT NO. 4764

## 14 DAY NOTICE

Case No.:  SP8087612   OT
Violation:  NO INS MISD
Violation date:  2/13/18

**Notice date:**  5/14/18

By:

| Fine/Costs Due | Bond |
| --- | --- |
| 50.00 | 200.00 |

BOWLES – BROADUS / AUGUSTA / CHRIS
APT 2
2230 E VERNOR HWY
DETROIT            MI   48207

"IT IS", "**MAIL FRAUDS**", BY THE EVIDENCES, AND "**UNDER YOURS** OR THEIRS" PAR LAWS, UNITED STATES CODES TITLE 18 PART I CHAPTER 63 SUBSECTION, 1341, **FRAUDS** AND **SWINDLES**; 1342, "**FICTITIOUS NAME** OR **ADDRES**"; AND SUB SECTION, 875, **INTERSTATE COMMUNICATION**, (A), (B), (C), (D); And "Will Be" Before and On the Public Record Dates and/or Also known As, Docket Entry Numbers | DEN -    |; On, |   -   - 2018 |; And "For public records Frauds",

And by "My", "Notice of Intent" and "Fees Schedule":

"Transgressions Fees" and "Payment Policies", "It Is",

Thirty million dollars", G/S30000000.00, per time, per letters; letters number |      |; AND NOW BY THE EVIDENCES, CASE NUMBERS AND LETTERS, 2 : 18 - mc - 50546; 04 - 05 - 2018;

"**FINAL**", public laws, "**NOTICE**", OF "YOURS OR THEIRS, U.S. CODES TITLE 18, SUB SECTION, 1692, "**FOREIGN**" MAIL AS THE "**UNITED STATES MAIL**"; AND ANY AND "**ALL**" HAVE BEEN "DECLARED" BEFORE, THE "TRANSGRESSORS", ALSO KNOWN AS, THE "DEFENDANTS", AND/OR "CONSPIRATORS" AND/OR "CO - CONSPIRATORS", AND "CONTINUAL CRIMINAL ENTERPRISE" (CCE), AND "FELONS" AND "PSYCHOPATHS", AND "DEMONIC BEINGS", AND "NOW", "BUNCH OF RETARDED PEOPLES"; AND SEE BY THE EVIDENCES, CASE [ 2 : 17 - mc -

"**FINAL NOTICE**", TO "**AGENTS**" IS "**NOTICE**" TO "**PRINCIPALS**" AND "**NOTICED**" TO "**PRINCIPALS**" IS "**NOTICED**" TO "**AGENTS**": AND DONE BY THE FOREIGN U.S. MAILS, "IT IS", "NOW", "Human" "**TRAFFICKING**" AND "**PAPER TERROISIM**", AND "**IT IS**", "**PUNISHABLE BY DEATH**" AND/OR "**CAPITAL PUNISHMENT**". AND "**ALL**" ARE IN "**DEFAULT**", AND "**DISHONORED**" IN COMMERCE",

"**FINAL**", public laws, "**NOTICE**". OF "YOURS OR THEIRS, U.S. CODES TITLE 18, SUB SECTION, 1692, "FOREIGN" MAIL AS THE "UNITED STATES MAIL"; AND ANY AND "ALL" HAVE BEEN "DECLARED" BEFORE, THE "TRANSGRESSORS", ALSO KNOWN AS, THE "DEFENDANTS", AND/OR "CONSPIRATORS" AND/OR "CO-CONSPIRATORS", AND "CONTINUAL CRIMINAL ENTERPRISE" (CCE), AND "FELONS" AND "PSYCHOPATHS", AND "DEMONIC BEINGS", AND "NOW', "BUNCH OF RETARDED PEOPLES"; AND SEE BY THE EVIDENCES, CASE [ 2 : 17 - mc - 51086 ; 08 - 08 - 2017 ]; [42] PAGES TWO SIDED, WITH [25] PAGES, BY THE EVIDENCES OF "YOURS OR THEIRS", "TRANSGRESSIONS AND HARMS";

"FINAL NOTICE", TO "AGENTS" IS "NOTICE" TO "PRINCIPALS" AND "NOTICED" TO "PRINCIPALS" IS "NOTICED" TO "AGENTS": AND DONE BY THE FOREIGN U.S. MAILS, "IT IS", "NOW", "Human" "TRAFFICKING" AND "PAPER TERROISIM", AND "IT IS", "PUNISHABLE BY DEATH" AND/OR "CAPITAL PUNISHMENT". AND "ALL" ARE IN "DEFAULT", AND "DISHONORED IN COMMERCE":

"IT IS", "MAIL FRAUDS", BY THE EVIDENCES, AND "UNDER YOURS OR THEIRS" PAR LAWS, UNITED STATES CODES TITLE 18 PART I CHAPTER 63 SUBSECTION, 1341, FRAUDS AND SWINDLES; 1342, "FICTITIOUS NAME OR ADDRES"; AND SUB SECTION, 875, INTERSTATE COMMUNICATION, (A), (B), (C), (D); And "Will Be" Before and On the Public Record Dates and/or Also known As, Docket Entry Numbers [ DEN - ]; On, [ - - 2018 ]; And "For public records Frauds", And by "My", "Notice of Intent" and "Fees Schedule": "Transgressions Fees" and "Payment Policies", "It Is", Thirty million dollars", G/S300000000.00, per time, per letters; letters number [ ]; AND NOW BY THE EVIDENCES, CASE NUMBERS AND LETTERS, 2 : 18 - mc - 50546 ; 04 - 05 - 2018 ;

STATE OF MICHIGAN
5TH DISTRICT COURT

NOTICE TO APPEAR

Telephone No. (313) 965-8700

**IMPORTANT: READ THIS CAREFULLY**

g this notice with you.
case may be adjourned except by authority of the Judge for good cause shown.
URE TO APPEAR in a civil case may result in a default judgment being entered against you.
URE TO APPEAR in a criminal case may result in a bench warrant being issued for your arrest and
eiture of your bond.
u intend to hire an attorney, he/she should be notified of the date immediately.
u require special accommodations to use in the Court because of a disability, please contact the ADA
rdinator at (313) 965-4153.
u require a foreign language interpreter to help you fully participate in court proceedings, please contact
Language Access Coordinator at (313) 965-4066.
**st** pass through metal detectors when entering the court building. No cell phones are allowed in the
. Please refer to the website (www.36thdistrictcourt.org) for additional prohibited items. Appropriate
s casual attire is required in all courtrooms.
**R 1.110** - Fines, costs, and other financial obligations imposed by the court **must** be paid at the time of
nent, except when the court allows otherwise, for good cause shown.

**CERTIFICATE OF SERVICE/MAILING**

that on this date, a copy of this notice was sent by mail to the party at the address shown on the other
this notice.

*DATE OF NOTICE
Date

X LaWanda Crosby
DEPUTY CLERK

CE TO APPEAR Form No. DCY06a Revised 7/28/15

-'IT IS', "MAIL FRAUDS", BY THE EVIDENCES, AND "UNDER YOURS OR THEIRS" PAR LAWS, UNITED STATES CODES TITLE 18 PART 1 CHAPTER 63 SUBSECTION, 1341, FRAUDS AND SWINDLES ; 1342, "FICTITIOUS NAME OR ADDRESS"; AND SUB SECTION, 875, INTERSTATE COMMUNICATION, (A), (B), (C), (D) ; And "Will Be" Before and On the Public Record Dates and/or Also known As, Docket Entry Numbers [ DEN - 1; On, [ - - 2018 ]; And "For public records Frauds",

And by "My", "Notice of Intent" and "Fees Schedule" :

"Transgressions Fees" and "Payment Policies", "It Is",

Thirty million dollars", G/S30000000.00, per time, per letters ; letters number [ ]; AND NOW BY THE EVIDENCES, CASE NUMBERS AND LETTERS, 2 : 18 - mc - 50546 ; 04 - 05 - 2018 ;

---

PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE PAID
DETROIT, MI
PERMIT NO. 4764

BOWLES-BROADUS/AUGUSTA/CHRIST
APT 2
2230 E VERNOR HWY
DETROIT            MI    48207

---

## 36TH DISTRICT COURT
421 MADISON
DETROIT, MICHIGAN 48226-2358
www.36hdistrictcourt.org

**YOU ARE DIRECTED TO APPEAR AS FOLLOWS:**

Ticket/Case Number: SP8087611  OT

Proceeding: ARRAIGNMENT

Court Day/Date: THURSDAY 4/05/18

Time: 01:30 PM

Judge: WILLIAMS

Courtroom: 335

WRIGHT KIMBERLE

Officer: 0349 007  4970

Notice Date: 2/23/18

Offense Date: 2/13/18

Offense: UNREG UNTILED

---

"FINAL NOTICE", TO "AGENTS" IS "NOTICE" TO "PRINCIPALS" AND "NOTICED" TO "PRINCIPALS" IS "NOTICED" TO "AGENTS" : AND DONE BY THE FOREIGN U.S. MAILS,

"FINAL", public laws, "NOTICE", OF "YOURS OR THEIRS, U.S. CODES TITLE 18, SUB SECTION, 1692, "FOREIGN" MAIL AS THE "UNITED STATES MAIL"; AND ANY AND "ALL" HAVE BEEN "DECLARED" BEFORE, THE



STATE OF MICHIGAN
**DEPARTMENT OF STATE**
LANSING

AUGUSTA CHRISTINE BOWLES-BROADUS
2230 E VERNOR HWY APT 2
DETROIT MI  48207

| | |
|---|---|
| LICENSE NO. | B-421-074-115-091 |
| BIRTHDATE: | 02/03/1965 |
| VIOLATION DATE: | 02/13/2018 |
| HEARING DATE: | |
| COURT FILE NO: | SP8087611 |

VIOLATION: REGISTRATION AND/OR PLATE VIOLATION

**FAILURE TO ANSWER CITATION OR COMPLY WITH COURT JUDGMENT
ORDER OF SUSPENSION**

Suspended indefinitely effective:       *06/01/2018*

The court listed below has notified the Department of State of your failure to answer a citation or to comply with a court judgment. It is ordered that your Michigan operator or chauffeur license and (ORV/Snowmobile operating privileges) be suspended and remain suspended until all matters related to the violation are resolved. You are required to surrender your Michigan operator or chauffeur license immediately. Please mail Michigan license to: Michigan Department of State, Lansing MI 48918

Nonresidents are prohibited from driving in Michigan during this suspension.

This action complies with MCL 257.321 and MCL 257.321a. It will remain in effect until we receive a clearance (Form DS1-62 or BDVR-127) from the court listed below. The court may require you to appear or pay fines and costs. A $45.00 reinstatement fee is required.

To restore your driving privileges, contact the court listed below:

36TH DISTRICT COURT
421 MADISON AVE
DETROIT MI  48226
)313  965-8700

**PLEASE MAKE PAYMENT TO THE COURT**

A person whose operator or chauffeur license has been suspended under MCL 257.321a because that person has failed to answer a citation or comply with a court judgment, and who drives a motor vehicle upon a highway, may be punished by imprisonment for not more than 93 days, or a fine of not more than $500.00, or both, pursuant to MCL 257.904. Convictions for driving during a suspension may result in confiscation of vehicle license plate, immobilization, registration denial, or possible vehicle forfeiture.

I certify that I am eighteen years of age or older and that on this date notice of the original order of suspension/hold was given to the person above by first-class United States mail at Lansing, Michigan as provided in section 212 of the Michigan Vehicle Code (MCL 257.212)

"IT IS", "MAIL FRAUDS", BY THE EVIDENCES, AND "UNDER YOURS OR THEIRS" PAR LAWS, UNITED STATES CODES TITLE 18 PART I CHAPTER 63 SUBSECTION, 1341, FRAUDS AND SWINDLES; 1342, "FICTITIOUS NAME OR ADDRES"; AND SUB SECTION, 875, INTERSTATE COMMUNICATION, (A), (B), (C), (D); And "Will Be" Before and On the Public Record Dates and/or Also known As, Docket Entry Numbers [ DEN - ]; On, [ - - 2018 ]; And "For public records Frauds", And by "My", "Notice of Intent" and "Fees Schedule"; "Transgressions Fees" and "Payment Policies", "It Is", Thirty million dollars", G/S30000000.00, per time, per letters; letters number [ ]; AND NOW BY THE EVIDENCES, CASE NUMBERS AND LETTERS, 2:18 - mc - 50546; 04 - 05 - 2018;



*** LANSING MI 488 06/06/18 ***

Secretary of State
**Ruth Johnson**
www.Michigan.gov/sos

PO Box 30753
Lansing MI 48909-8253

PRESORTED
FIRST-CLASS MAIL
U S POSTAGE
PAID
LANSING, MI
PERMIT NO. 1200

AUGUSTA CHRISTINE BOWLES-BROADUS
2230 E VERNOR HWY APT 2
DETROIT MI 48207

ETE-SP1 48207

"**FINAL**", public laws, "**NOTICE**", OF "YOURS OR THEIRS, U.S. CODES TITLE 18, SUB SECTION, 1692, "**FOREIGN**" MAIL AS THE "UNITED STATES MAIL"; AND ANY AND "ALL" HAVE BEEN "DECLARED" BEFORE, THE "TRANSGRESSORS", ALSO KNOWN AS, THE "DEFENDANTS", AND/OR "CONSPIRATORS" AND/OR "CO-CONSPIRATORS", AND "CONTINUAL

"**FINAL NOTICE**", TO "**AGENTS**" IS "**NOTICE**" TO "**PRINCIPALS**" AND "**NOTICED**" TO "**PRINCIPALS**" IS "**NOTICED**" TO "**AGENTS**"; AND

MS-(ENV)-19 05/17

Hop online, not in line, to www.ExpressSOS.com, featuring Print 'N Go tech

Inken: Augusta Christine



Secretary of State
**Ruth Johnson**
www.Michigan.gov/sos

Lansing, MI 48918-0001

*** LANSING MI 488 1/16/19 ***

PRESORTED
FIRST CLASS MAIL
U.S. POSTAGE
PAID
LANSING, MI
PERMIT NO. 1200

AUGUSTA CHRISTINE BOWLES-BROADUS
2230 E. VERNOR HWY APT 2
DETROIT MI 48207

Court Name
Court Address

KTE-SP1 48207