UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE AUGUSTA.                                                          Misc. No. 19-MC-50612

_____/

### ORDER STRIKING AND DISMISSING MISCELLANEOUS MATTER

Petitioner has commenced the instant miscellaneous matter by filing a 136-page pile of papers, the first of which is entitled "Notices to Agents is Notices to Principals." This matter is stricken and dismissed because it is incomprehensible and serves no conceivable, legitimate legal purpose.

SO ORDERED.

|  |  |
|---|---|
| | s/Bernard A. Friedman |
| Dated: April 29, 2019 | BERNARD A. FRIEDMAN |
| Detroit, Michigan | SENIOR UNITED STATES DISTRICT JUDGE |

### CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on April 29, 2019.

Christine Augusta
2230 E Vernor Highway, Apt 2
Detroit, Michigan 48207

                                                            s/Johnetta M. Curry-Williams
                                                            Case Manager